1

2                                                 **HONORABLE BARBARA J. ROTHSTEIN**

3                                                 **HONORABLE S. KATE VAUGHAN**

4

5

6

7                  **IN THE UNITED STATES DISTRICT COURT**
             **FOR THE WESTERN DISTRICT OF WASHINGTON**
                                **AT SEATTLE**

8 MATT WRIGHT;

9                                  Plaintiff,             |    **NO. C23-1326-BJR-SKV**

10 vs.

                                           **AGREED STIPULATION AND**

11 STATE OF WASHINGTON, WASHINGTON        **(PROPOSED) ORDER**
STATE DEPARTMENT OF CORRECTIONS,        **EXTENDING CASE SCHEDULE**

12 CHRISTINE GOMES, TRACI DRAKE, DAVID     **DEADLINES**
CHRISTENSEN, CAROL SMITH, LOUISE

13 STEMLER, JASON MARTIN, JASON RICHER,
ALEX COSTA, RISA KLEMME. NIKKI RYMER,    **Noted for Consideration:**

14 and DOES I-X inclusive,
                                            **January 12, 2024**

15                           Defendants.

16                               **I.**       **STIPULATION**

17

18          For good cause shown and pursuant to the Court's Scheduling Order (ECF 8), all parties to this

19 matter stipulate as follows:

20          1.        The parties have been actively engaged in discovery in this matter, including exchange of

21 written interrogatories and request for production. The parties intend to engage in depositions of fact

22 witnesses and parties.

23          2.        The current expert discovery deadline is March 20, 2024. Due to the breadth of

24 discovery sought and the need for reviewing and redacting records sought by the parties, the parties will

25

26

**AGREED STIPULATION AND (PROPOSED)**
**ORDER EXTENDING CASE SCHEDULE**
**DEADLINES**
**NO. C23-1326-BJR-SKV – 1**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

need additional time to complete discovery.  The parties anticipate that an additional six (6) months from the current deadline will suffice.

3.      Extending the discovery deadline will make it difficult to maintain the remaining dates on the case schedule order, including disclosure of expert testimony, expert related motions and dispositive motions, as well the ability to evaluate the case for potential pretrial mediation.  Therefore, the parties request that all remaining dates on the case schedule also be extended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Disclosures | January 19, 2024 | July 19, 2024 |
| Rebuttal Expert Disclosures | February 16, 2024 | August 16, 2024 |
| Discovery Motions | February 26, 2024 | August 26, 2024 |
| Discovery Deadline | March 20, 2024 | September 20, 2024 |
| Dispositive Motions | April 19, 2024 | October 21, 2024 |
| Motions in Limine | August 12, 2024 | February 12, 2025 |
| Joint Pretrial Statement | August 19, 2024 | February 19, 2025 |
| Jury Trial | September 16, 2024 | March 17, 2025 |

STIPULATED TO THIS 12th DAY OF January 2024.

LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

/s/ Matthew Sonneby
/s/ John E. Justice
_____
Matthew Sonneby, WSBA No. 60123
John E. Justice, WSBA No. 23042
Attorney for Defendants
P.O. Box 11880, Olympia, WA 98508
Phone:  (360) 754-3480 Fax: 360-754-3480
msonneby@lldkb.com; jjustice@lldkb.com

**AGREED STIPULATION AND ~~(PROPOSED)~~ ORDER EXTENDING CASE SCHEDULE DEADLINES**
NO.  C23-1326-BJR-SKV – 2

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

/s/ *Darryl Parker* (per email authorization)
Darryl Parker, WSBA No. 30770
Attorney for Plaintiff
CIVIL RIGHTS JUSTICE CENTER PLLC
1833 N 105th Street, Suite 201
Seattle, WA 98133
dparker@civilrightsjusticecenter.com

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, the Case Schedule Order is

modified as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Disclosures | January 19, 2024 | July 19, 2024 |
| Rebuttal Expert Disclosures | February 16, 2024 | August 16, 2024 |
| Discovery Motions | February 26, 2024 | August 26, 2024 |
| Discovery Deadline | March 20, 2024 | September 18, 2024 |
| Dispositive Motions | April 19, 2024 | October 18, 2024 |
| Motions in Limine | August 12, 2024 | February 5, 2025 |
| Joint Pretrial Statement | August 19, 2024 | February 18, 2025 |
| Pretrial Conference | September 3, 2024 at 10:30am | March 4, 2025 at 10:30am |
| Jury Trial | September 16, 2024 | March 17, 2025 |

DONE THIS 22nd DAY OF January, 2024

S. KATE VAUGHAN
United States Magistrate Judge

AGREED STIPULATION AND ~~(PROPOSED)~~
ORDER EXTENDING CASE SCHEDULE
DEADLINES
NO.  C23-1326-BJR-SKV – 3

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify under penalty of perjury under the laws of the United States of America that on this date, I caused to be electronically filed the foregoing document, and this Certificate of Filing & Service with the CM/ECF e-filing portal which will cause the same to be served on the following:

**Plaintiffs Attorney:**

Darryl Parker
CIVIL RIGHTS JUSTICE CENTER PLLC
1833 N 105th Street, Suite 201
Seattle, WA 98133
dparker@civilrightsjusticecenter.com

DATED this 12th day of January, 2024 at Tumwater, WA.

/s/ Lisa Gates

_____
Lisa Gates, Legal Assistant

AGREED STIPULATION AND (PROPOSED)
ORDER EXTENDING CASE SCHEDULE
DEADLINES
NO.  C23-1326-BJR-SKV – 4

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*