**HONORABLE BARBARA J. ROTHSTEIN**
**HONORABLE S. KATE VAUGHAN**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATT WRIGHT,<br><br>           Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, CHRISTINE GOMES, TRACI DRAKE, DAVID CHRISTENSEN, CAROL SMITH, LOUISE STEMLER, JASON MARTIN, JASON RICHER, ALEX COSTA, RISA KLEMME, NIKKI RYMER, and DOES I-X inclusive,<br><br>           Defendants. | Case No. C23-1326-BJR-SKV<br><br>AGREED STIPULATION AND ~~(PROPOSED)~~ ORDER EXTENDING CASE SCHEDULE DEADLINES<br><br>Noted for Consideration:<br><br>August 27, 2024 |

### I.        STIPULATION

For good cause shown and pursuant to the Court's Order Extending the Case Scheduling Deadlines, Dkt.10, all parties to this matter stipulate as follows:

1.     The parties have been actively engaged in discovery in this matter, including exchange of written interrogatories and request for production.  The parties intend to engage in depositions of fact witnesses and parties.

2.     The current expert discovery deadline is September 20, 2024.  Due to the breadth of discovery sought and the need for reviewing and redacting records sought by the parties, the parties will

**AGREED STIPULATION AND ~~(PROPOSED)~~ ORDER EXTENDING CASE SCHEDULE DEADLINES**
**Case No. C23-1326-BJR-SKV – 1**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

need additional time to complete discovery. The parties anticipate that an additional three (3) months from the current deadline will be sufficient. The parties do not anticipate any further extensions of this Court's deadlines.

3. The parties agree that the purpose of this extension is to allow more time to review, redact, and produce responsive records sought by the parties. The parties agree that no further written discovery will be propounded after this Court's current discovery deadline of September 20, 2024.

3. Extending the discovery deadline will make it difficult to maintain the remaining dates on the case schedule order, including expert related motions and dispositive motions, as well the ability to evaluate the case for potential pretrial mediation. Therefore, the parties request that all remaining dates on the case schedule also be extended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Discovery Motions | August 26, 2024 | November 26, 2024 |
| Discovery Deadline | September 20, 2024 | December 20, 2025 |
| Dispositive Motions | October 21, 2024 | January 21, 2025 |
| Motions in Limine | February 12, 2025 | May 12, 2025 |
| Joint Pretrial Statement | February 19, 2025 | May 19, 2025 |
| Jury Trial | March 17, 2025 | June 17, 2025 |

STIPULATED TO THIS 27th DAY OF August 2024.

LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

*/s/ John E. Justice*

John E. Justice, WSBA No. 23042
Attorney for Defendants
P.O. Box 11880, Olympia, WA 98508

**AGREED STIPULATION AND (PROPOSED)
ORDER EXTENDING CASE SCHEDULE
DEADLINES**
Case No. C23-1326-BJR-SKV – 2

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511*

Phone: (360) 754-3480 Fax: 360-754-3480
jjustice@lldkb.com
*/s/ Darryl Parker*
Darryl Parker, WSBA No. 30770
Attorney for Plaintiff
CIVIL RIGHTS JUSTICE CENTER PLLC
1833 N 105th Street, Suite 201
Seattle, WA 98133
dparker@civilrightsjusticecenter.com

## ORDER

Pursuant to the stipulation of the parties, and for good cause shown, the Case Schedule Order is modified as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Discovery Motions | August 26, 2024 | November 26, 2024 |
| Discovery Deadline | September 20, 2024 | December 20, 2024 |
| Dispositive Motions | October 21, 2024 | January 21, 2025 |
| Motions in Limine | February 12, 2025 | May 7, 2025 |
| Joint Pretrial Statement | February 19, 2025 | May 19, 2025 |
| Pretrial Conference | March 4, 2025 at 10:30 am | June 3, 2025 at 10:30 am |
| Jury Trial | March 17, 2025 | June 16, 2025 |

DONE THIS 28th DAY OF August, 2024

_____
S. KATE VAUGHAN
United States Magistrate Judge

**AGREED STIPULATION AND (PROPOSED)**
**ORDER EXTENDING CASE SCHEDULE**
**DEADLINES**
Case No. C23-1326-BJR-SKV – 3

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

# CERTIFICATE OF FILING AND SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on this date, I caused to be electronically filed the foregoing document, and this Certificate of Filing & Service with the CM/ECF e-filing portal which will cause the same to be served on the following:

**Plaintiffs Attorney:**

Darryl Parker
CIVIL RIGHTS JUSTICE CENTER PLLC
1833 N 105th Street, Suite 201
Seattle, WA 98133
dparker@civilrightsjusticecenter.com

DATED this 27th day of August, 2024 at Tumwater, WA.

/s/ Lisa Gates

_____
Lisa Gates, Legal Assistant

**AGREED STIPULATION AND (PROPOSED) ORDER EXTENDING CASE SCHEDULE DEADLINES**
**Case No. C23-1326-BJR-SKV – 4**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*